**97–1466.   Myers v. Cent. Ins. Cos.**

Huron App. No. H–96–036.   This cause is pending before the court on the certification of conflict by the Court of Appeals for Huron County.   Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.